Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 20-093 RSM |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| | ) | UNOPPOSED MOTION BY |
| | ) | DEFENDANT ALVAREZ- |
| | ) | QUINONEZ TO EXTEND |
| | ) | PRETRIAL MOTIONS DATE |
| RODRIGO ALVAREZ-QUINONEZ | ) | TO DECEMBER 10, 2021 |
| | ) | |
| Defendant | ) | |

The Court, having considered the unopposed motion by Defendant ALVAREZ-QUINONEZ for entry of an order extending the time for the filing of Mr. Alvarez-Quinonez' pretrial motions and finding the motion is appropriate, does hereby

ORDER the pretrial motions date in this case is continued to December 9, 2021.

Done this ___15___ day of November 2021.

HON. RICARDO S. MARTINEZ
CHIEF DISTRICT COURT JUDGE