Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 20-093 RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | GRANTING ALVAREZ- |
| | ) | QUINONEZ' MOTION TO |
| | ) | SEAL ATTACHMENT TO |
| RODRIGO ALVAREZ-QUINONEZ, | ) | MOTION TO SUPPRESS |
| Defendant | ) | WIRETAP EVIDENCE |

The Court, having considered the motion by defendant Alvarez-Quinonez for entry of an order sealing Exhibit 3 to his motion to suppress use of wiretap evidence, finding sealing of the document is appropriate, does hereby

ORDER defendant Alvarez-Quinonez' motion to seal Exhibit 3 is granted and it shall be filed under seal.

Done this 14th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE