The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODRIGO ALVAREZ-QUINONEZ, <br><br> Defendant. | NO. CR20-093 RSM <br><br> ORDER SEALING EXHIBITS A, B AND M TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (DKT. 247) |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that Exhibits A, B and M to the Government's Response to Defendant's Motion to Suppress Evidence (Dkt. 247) in this matter shall be sealed and shall remain sealed.

DATED this 16th day of December 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER TO SEAL - 1
*United States v. Alvarez-Quinonez,* CR20-093 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970