The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-093 RSM |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| RODRIGO ALVAREZ-QUINONEZ, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion to Suppress Evidence (Dkt. 247) that does not exceed 14 pages in length.

DATED this 16th day of December, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Alvarez-Quinonez,* CR20-093 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970