Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br><br><br><br><br> RODRIGO ALVAREZ-QUINONEZ <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. CR 20-093 RSM <br><br> [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT ALVAREZ-QUINONEZ TO EXTEND PRETRIAL MOTIONS DATE TO DECEMBER 10, 2021 |

The Court, having considered the unopposed motion by Defendant ALVAREZ-QUINONEZ for entry of an order extending the time for the filing of Mr. Alvarez-Quinonez' pretrial motions and finding the motion is appropriate, does hereby

ORDER the pretrial motions date in this case is continued to December 9, 2021.

Done this ____4____ day of ~~November 2021~~ Jan 2022.

/s/ Ricardo S. Martinez
HON. RICARDO S. MARTINEZ
CHIEF DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTIUON TO EXTEND THE
PRETRIAL MOTIONS DATE FROM NOVEMBER 19, 2021. 1
TO DECEMBER 9, 2021  p. 1

TERRENCE KELLOGG
P.O. Box 633
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003