UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RODRIGO ALVAREZ-QUINONEZ,<br><br>            Defendant. | Case No.  CR20-93RSM<br><br>ORDER |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in the above-entitled action.

Dated this 2nd day of June, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE