Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR 20-093 RSM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | GRANTING MOTION TO |
| | ) | WITHDRAW BY COUNSEL |
| RODRIGO ALVAREZ-QUINONEZ, | ) | KELLOGG |
| Defendant | ) | |

TERRENCE KELLOGG, counsel for RODRIGO ALVAREZ-QUINONEZ, having moved to withdraw effective upon filing the notice of appeal on behalf of Mr. Alvarez – Quinonez, the Court being familiar with the records and files herein, considering the declaration of counsel set forth in his motion and the government not opposing the entry of this order, now therefore does

ORDER the motion to withdraw by counsel TERRENCE KELLOGG is granted effective upon counsel filing the notice of appeal of Mr. Alvarez – Quinonez in this case and does further

ORDER that CJA Administration for this district appoint new counsel to represent Mr. Alvarez – Quinonez on his appeal.

DATED this 27th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE