Chief Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA, | No. CR20-093 RSM |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR DEFENSE COUNSEL'S EXAMINATION OF SEALED DOCUMENTS IN COURT'S FILE |
| v. | |
| RODRIGO ALVAREZ-QUINONEZ, | |
| Defendant. | |

The Court, having considered the unopposed motion by Defendant Rodrigo Alvarez-Quinonez, to authorize Randy Baker, his attorney in this case and in his pending appeal from judgment in this case in Ninth Circuit number 22-30161, to read and to copy documents filed in this case under seal for the sole purpose of litigating the appeal, and finding this motion appropriate, does hereby

1

ORDER FOR
EXAMINATION OF SEALED MATTER

RANDY BAKER
Attorney at Law
600 N. 36th Street, Suite 406
Seattle, WA 98103
(206) 325-3995

ORDER that Attorney Randy Baker may read and to copy documents filed in this case under seal for the sole purpose of litigating Mr. Alvarez-Quinonez's appeal from judgment in this case.

DATED this 1st day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR
EXAMINATION OF SEALED MATTER

RANDY BAKER
Attorney at Law
600 N. 36th Street, Suite 406
Seattle, WA 98103
(206) 325-3995